IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NATIONSRENT, INC., et al.,[1]<br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br>Chapter 11 |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br>v.<br>HINDLEY ELECTRONICS, INC.<br><br>Defendant. | CIVIL ACTION NO. 04-CV-1013 (KAJ) |

## NOTICE OF DISMISSAL

Perry Mandarino, Trustee of the Nationsrent Unsecured Creditor's Liquidating Trust, by and through his undersigned counsel, hereby dismisses the above-referenced adversary proceeding with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

607407v1

                    LOWENSTEIN SANDLER PC
                    Attorneys At Law
                    Paul Kizel, Esq.
                    65 Livingston Avenue
                    Roseland, New Jersey 07068
                    Telephone (973) 597-2500

                           -and-

Dated: November 2, 2005      THE BAYARD FIRM

                    */s/ M. Augustine*
                    Neil B. Glassman, Esq. (No. 2087)
                    Ashley B. Stitzer, Esq. (No. 3891)
                    Mary E. Augustine, Esq. (No. 4477)
                    222 Delaware Avenue, Suite 900
                    P. O. Box 25130
                    Wilmington, DE 19899
                    Telephone (302) 655-5000

                    Co-Counsel for Perry Mandarino, not Personally, but as Trustee for the NationsRent Unsecured Creditor's Liquidating Trust