## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 2nd day of November, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

Attn: President/Chief Executive
10703 Kramer Road
Bowling Green, OH 43402
Re: Hindley Electronic, Inc.

_____
Mary E. Augustine (No. 4477)

607407v1